

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2016

No. 04-16-00320-CR

Willie David **FLOYD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10665
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

    Appellant's brief was originally due on November 14, 2016. On November 14, 2016, appellant's appointed counsel, Ms. Debra L. Parker, filed a motion requesting a ninety-day extension of time in which to file appellant's brief. The motion is GRANTED, and it is ORDERED that appellant's brief shall be filed <u>no later than February 13, 2017.</u> **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court